DISCIPLINARY COUNSEL *v*. COOMES.

[Cite as *Disciplinary Counsel v. Coomes*, ___ Ohio St.3d ___,

2024-Ohio-2088.]

(No. 2024-0199—Submitted May 29, 2024—Decided May 31, 2024.)

ON APPLICATION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, John Joseph Coomes, Attorney Registration No. 0086761, last known business address in Miami, Florida.

{¶ 2} The court coming now to consider its order of March 6, 2024, wherein the court, pursuant to Gov.Bar R. V(20), suspended respondent from the practice of law for a period of 45 days and ordered that he would not be reinstated to the practice of law in Ohio until he was reinstated to the practice of law in the state of Indiana, finds that respondent has complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, *see Disciplinary Counsel v. Coomes*, __ Ohio St.3d __, 2024-Ohio-795, __ N.E.3d __.

KENNEDY, C.J., and FISCHER, DEWINE, DONNELLY, STEWART, BRUNNER, and DETERS, JJ., concur.

_____